**1**

CITY OF KNOXVILLE v. SOUTHERN RAILWAY COMPANY and James C. Davis, Director General of Railroads, etc.

(Circuit Court of Appeals, Sixth Circuit. June 30, 1926.)

No. 4231.

In Error to the District Court of the United States for the Eastern District of Tennessee; Zenophon Hicks, Judge.

Fowler & Fowler, of Knoxville, Tenn., for plaintiff in error.

L. D. Smith, of Knoxville, Tenn., S. R. Prince, of Washington, D. C., and J. B. Wright, of Knoxville, Tenn., for defendant in error.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

═══

**2**

Margaret DE ANGELO v. UNITED STATES.

(Circuit Court of Appeals. Sixth Circuit. June 30, 1926.)

No. 4576.

Appeal from the District Court of the United States for the Southern District of Ohio; Benson W. Hough, Judge.

Dana F. Reynolds, of Columbus, Ohio, for appellant.

William B. Bartels, of Columbus, Ohio, for appellee.

PER CURIAM. Dismissed pursuant to motion of counsel for appellant.

═══

**3**

Margaret DE ANGELO v. UNITED STATES.

(Circuit Court of Appeals, Sixth Circuit. June 30, 1926 )

No. 4577.

Appeal from the District Court of the United States for the Southern District of Ohio; Benson W. Hough, Judge.

Dana F. Reynolds, of Columbus, Ohio, for appellant.

William B. Bartels, Asst. U. S. Atty., of Columbus, Ohio.

PER CURIAM. Dismissed pursuant to motion of counsel for appellant.

**4**

Mrs. Edna ECKROAD, alias Mrs. D. H. Eckroad, alias May Eckroth, v. UNITED STATES.

(Circuit Court of Appeals, Sixth Circuit. November 4, 1926.)

No. 4791.

In Error to the District Court of the United States for the Northern District of Ohio.

Louis A. Perry, of Cleveland, Ohio, and David H. Eckroad, of East Akron, Ohio, for plaintiff in error.

A. E. Bernsteen, U. S. Atty., of Cleveland, Ohio.

PER CURIAM. Docketed and dismissed upon motion of counsel for the defendant in error.

═══

**5**

In the Matter of Louis EPSTEIN, Trading as Hudson Paper Mills, Bankrupt; Louis J. Castellano, Appellant.

(Circuit Court of Appeals, Second Circuit. November 1, 1926.)

No. 35.

Appeal from the District Court of the United States for the Eastern District of New York.

Satterlee & Canfield, of New York City (R. Randolph Hicks, of New York City, of counsel), for trustee in bankruptcy.

Bondy & Schloss, of New York City (Eugene L. Bondy, of New York City, of counsel), for respondents Udell & Sons.

Before MANTON, HAND, and MACK, Circuit Judges.

PER CURIAM. Order affirmed.

═══

**6**

ERIE RAILROAD COMPANY v. Elizabeth WALTERS, as Administratrix of the Estate of Daniel B. Walters, Deceased.

(Circuit Court of Appeals, Sixth Circuit. October 15, 1926.)

No. 4636.

In Error to the District Court of the United States for the Northern District of Ohio; Paul Jones, Judge.

Gillmer & Gillmer, of Warren, Ohio, for plaintiff in error.